# EXHIBIT 1

## **ADDITIONAL CASES TO BE CLOSED**

1. *Islington Plantation, et al., v. Syngenta Corporation, et al.*,
   No. 2:15-cv-2020-JWL-JPO

2. *Crymes v. Syngenta Corp, et al.*,
   No. 2:15-2302-JWL-JPO

3. *Dreibodt, et al., v. Syngenta Seeds, Inc., et al.*,
   No. 2:16-cv-2065-JWL-JPO

4. *McCormack Enterprises v. Syngenta AG, et al.*,
   No. 2:16-cv-2676-JWL-JPO

5. *Wiggins v. Syngenta AG, et al.*,
   No. 2:17-cv-2675-JWL-JPO

6. *Watson v. Syngenta Seeds, Inc., et al.*,
   No. 18-cv-2284-JWL-JPO